ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILBER PEDROZO MUNOZ,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>　　　　　　　　Respondents. | CASE NO. 1:25-CV-1908-DC-EFB<br><br>STIPULATION AND [PROPOSED] ORDER STAYING BRIEFING ON HABEAS CORPUS PETITION |

　　　　Petitioner Chilber Pedrozo Munoz, by and through his counsel of record, Emilio T. Parker, and Respondents, by and through their counsel Eric Grant, United States Attorney, and Charles Campbell, Assistant United States Attorney, stipulate as follows:

　　　　1. On December 17, 2025, Petitioner filed a Petition for a Writ of Habeas Corpus and a Motion for a Temporary Restraining Order.  Dkt. Nos. 2, 3.

　　　　2. On December 22, 2025, Respondents filed their opposition to the above filings.  Dkt. No. 8.

　　　　3. On December 22, 2025, the Court granted Petitioner's request for a Temporary Restraining Order and issued a Preliminary Injunction on the same terms.  In granting this relief, the Court ordered Petitioner's immediate release from immigration custody.  Dkt. No. 9. Petitioner was released from custody shortly thereafter.

　　　　4. On December 31, 2025, the Court ordered Respondents to file a response to the Petition for a Writ of Habeas Corpus within 20 days.  Dkt. No. 10.

5. This matter is in a similar factual and procedural posture as the pending Ninth Circuit appeal in *Rodriguez v. Bostock*, 779 F.Supp.3d 1239 (W.D. Wash. 2025), Ninth Circuit docket no. 25-6842.

6. Because the issues in *Rodriguez* are likely to be dispositive of the issues in this case, the parties ask that any further briefing deadlines in this case be held abeyance until the resolution of the *Rodriguez* case.

IT IS SO STIPULATED.

Dated: January 8, 2026

ERIC GRANT
United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney
Counsel for Respondents

Dated: January 8, 2026

/s/ EMILIO TOMAS PARKER
EMILIO TOMAS PARKER
Counsel for Petitioner
CHILBER PEDROZO MUNOZ

### [PROPOSED] ORDER

IT IS SO FOUND AND ORDERED this 9th day of January, 2026.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE